IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DUFFY ARCHIVE LIMITED, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:21-CV-536-LY |
| HEARD ENTERTAINMENT TEXAS, | § | |
| LLC AND DAVID MACHINIST, | § | |
| DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On July 20, 2021, Plaintiff Duffy Archive Limited filed a Notice of Voluntary Dismissal (Doc. #8) which the court has reviewed and now approves. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 21st day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE